UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        *Plaintiff,*

vs.

CASE NO:   25-CR-20438-GAYLES

MICHEL GARCIA,
        *Defendant,*
_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW the undersigned counsel Armando Hernandez, who hereby files this Appearance as Counsel for MICHEL GARCIA, Defendant. Defendant consents to such legal representation.

Counsel agrees to represent the Defendant for TRIAL proceedings arising out of the transaction with which the Defendant is charged in the United States District Court in and for the Southern District of Florida.

This appearance does not include representation for the purposes of appeal or any post-conviction relief.

Counsel states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the clerk of the Court using CM/ECF and mailed the foregoing document and attachments to the attorneys of record.

Respectfully Submitted,

By: _____
Armando Hernandez, Esq.
FBN 667471
3191 Coral Way, Suite 1005
Miami, FL 33145
Tel: (305) 442-2590
Fax: (786) 360-5664