# MINUTE ORDER

Page 6

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 11/5/25     Time: 1:00 p.m.

---

Defendant: Michel Garcia     J#: 22144-512     Case #: 25-CR-20438-GAYLES

AUSA: Bertila Fernandez     Attorney: Armando Hernandez - Perm.

Violation: Conspiracy to Distribute and PWID a Controlled Substance. PWID a Controlled Substance.     Surr/Arrest Date: 11/5/25     YOB: 1975

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with ~~victims/witnesses~~ co-defs & defs in related case, except through counsel
- [ ] No firearms
- [x] Not to encumber property — Two properties stated in open court
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD of Fl For court & M/D of Fl to reside
- [x] Other: Deft shall be allowed to travel for work purposes throughout the U.S. w/prior approval

Language: Spanish

Disposition:
NOA Filed by Armando Hernandez
- Deft sworn // Deft advised of rights & charges
- Stip $200,000 PSB co-signed by wife (Released)
- Deft Arraigned
- Deft's ore tenus request for the entry of the SDO is GRANTED.
Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested
- Brady Order given

Time from today to ____ excluded from Speedy Trial Clock

by PTS

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 13:33:32 // 13:39:49     Time in Court: 10 minutes

s/Lisette Marie Reid                    Magistrate Judge