UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 25-CR-20438

UNITED STATES OF AMERICA,

          Plaintiff,

Vs.

MICHEL GARCIA,

          Defendant,
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CHANGE ADDRESS

COMES NOW, Michel Garcia, by and through undersigned counsel and hereby respectfully moves the Court to allow the Defendant to change address in the above-styled matter, and as grounds therefore states as follows:

1. This matter is set for Calendar Call on January 7th, 2026 and Jury Trial on January 12th, 2026. (DE 106)

2. The Defendant currently resides at 6327 Alamanda Hills Drive, Lakeland, Florida 33813 and wishes to move to 10101 West Okeechobee Road Unit 27102, Hialeah, Florida 33016.

3. Undersigned counsel has communicated with AUSA, Daya Nathan who has no objection to the change in address.

WHEREFORE, Michele Garcia, by and through undersigned counsel respectfully requests this Honorable Court grant the motion.

Dated this 19th of December, 2025.

>Respectfully Submitted,
>Armando J. Hernandez, Esq.
>
>By: *s/ Armando Hernandez*
>  ARMANDO J. HERNANDEZ
>  Fla. Bar No.: 667471
>  *Counsel for Defendant,*
>  *Daverin Albert Bootl*
>  Martin & Hernandez, LLP,
>  3191 Coral Way, Suite 1005
>  Miami, Florida 33145-3218
>  Tel. (305) 442-2590
>  Fax (786) 360-5664

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2025, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF System which will serve via notification all counsel for record.

>*s/Armando J. Hernandez*
>ARMANDO J. HERNANDEZ