UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 25-CR-20438

UNITED STATES OF AMERICA,
       Plaintiff,

Vs.

MICHEL GARCIA,
       Defendant,
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CHANGE ADDRESS

**THIS MATTER** comes before the Court on the Defendant's Unopposed Motion to change address and being advised in the premises, it is

**ORDERED and ADJUDGED** that the Motion is **GRANTED.** The Defendant shall be permitted to move from 6327 Alamanda Hills Drive, Lakeland, Florida 33813 and live at 10101 West Okeechobee Road Unit 27102, Hialeah, Florida 33016.

**DONE and ORDERED** at Miami, Florida this _____ day of December, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE

CC:    Counsel of Record.