## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No: 25-CR-20438

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.

MICHEL GARCIA,
        Defendant,
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CHANGE ADDRESS

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to change address and being advised in the premises, it is

ORDERED and ADJUDGED that the Motion is GRANTED. The Defendant shall be permitted to move from 6327 Alamanda Hills Drive, Lakeland, Florida 33813 and live at 10101 West Okeechobee Road Unit 27102, Hialeah, Florida 33016.

DONE and ORDERED at Miami, Florida this 13th day of January, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

CC:    Counsel of Record.