# COURT MINUTES

Page 1

## Magistrate Judge Eduardo I. Sanchez
### Atkins Building Courthouse - 6th Floor

Date: 2/25/2026    Time: 10:00 a.m.

Defendant: MICHEL GARCIA          J#: BOND         Case #: 25-CR-20438-GAYLES (s)
AUSA: Alhas Abdulla               Attorney: ARMANDO HERNANDEZ, Esq. (PERM)
Violation: Conspiracy to Distribute a Controlled Substance; PWID a Controlled Substance
Proceeding: Arraignment on Superseding Indictment        CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No         Recommended Bond:
Bond Set at: STIP- $200K PSB                Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
BRADY ORDER GIVEN

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned

☑ Defense ore tenus request for Standing Discovery Order - GRANTED

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:14:12                          Time in Court: 2 Minutes