UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

MICHEL GARCIA,
    a/k/a "Cassi Clay,"

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER

The United States of America, MICHEL GARCIA (GARCIA or "Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning at least as early as September 2024, and continuing through September 16, 2025, in Miami-Dade County, in the Southern District of Florida, Defendant did knowingly and willfully combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute more than fifteen (15) but less than fifty (50) kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846.

Using investigatory techniques, including federally authorized wiretaps from May 16, 2025 through September 16, 2025, physical surveillance, and search warrants, the Drug Enforcement Administration and other law enforcement agencies established that, between at least September 2024 and September 2025, GARCIA conspired with co-defendant Reinaldo Fernandez, among other indicted and unindicted co-conspirators, to distribute and possess with the intent to distribute kilogram quantities of cocaine on various dates. More specifically, GARCIA was a truck driver who transported cocaine and money for Fernandez and other

narcotics traffickers, including for members of a Mexican drug cartel. GARCIA met members of the Mexican drug cartel in California. GARCIA agrees that, during the course of the conspiracy, he obtained over $50,000 in proceeds from narcotics trafficking that have not been seized by law enforcement.

**September 24, 2024**

On September 24, 2024, Fernandez met with GARCIA on the shoulder of highway US-27 in Miami-Dade County, Florida. GARCIA provided Fernandez with multiple kilograms of cocaine.

**May 22 and 23, 2025**

In mid- to late May 2025, Fernandez arranged with the Mexican drug cartel a delivery of cocaine by GARCIA to Fernandez. From the late-night hours of May 22, 2025, through the early morning hours of May 23, 2025, in Lake City, Florida, law enforcement stopped and searched a semi-truck being driven by GARCIA. The semi-truck was hauling a vehicle carrier trailer with numerous vehicles. Law enforcement seized from one of the vehicles approximately 28.5 kilograms (with packaging) of suspected cocaine. Law enforcement also seized approximately $111,580 from the cab of the semi-truck, which $111,580 was the proceeds of narcotics trafficking. GARCIA was driving a GVW Truck/Tractor, 1987 Peterbilt, VIN 1XPCDB9X1HN218586, with an attached Vehicle Trailer, 2003 Boydstun Metal Works, Inc., VIN 1B9CS45223P275218; the Truck/Tractor and Vehicle Trailer were used to facilitate narcotics trafficking in September 2024, May 2025, and on other dates.

The day after the seizure, at GARCIA's request, Fernandez traveled from Miami-Dade County to Lake City, Florida to speak with GARCIA in person. GARCIA told Fernandez details about the seizure. The Drug Enforcement Administration laboratory confirmed the substance

seized from GARCIA was approximately 20.11 kilograms of cocaine.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt as to the crime of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 2/26/26          By: _____
                            DAYA NATHAN
                            ASSISTANT UNITED STATES ATTORNEY

Date: 2/26/26          By: _____
                            ARMANDO J. HERNANDEZ
                            ATTORNEY FOR DEFENDANT

Date: 2/26/26          By: _____
                            MICHEL GARCIA
                            DEFENDANT