**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20438-DPG**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHEL GARCIA,

      Defendant,

_____/

## NOTICE OF FILING ADDITIONAL SENTENCING CHARACTER LETTERS AND PHOTOS

      Please take notice that the foregoing character letter and photos are being filed for the purpose of sentencing.

                Respectfully submitted,


                */s/   Armando Hernandez*
                **Armando Hernandez , Lawyer**
                **Florida Bar No. 667471**
                **MARTIN & HERNANDEZ, LLP.**
                **3191 Coral Way, Suite 1005**
                **Miami, Florida 33145**
                **Tel: (305) 442-2590**
                **Fax: (786) 360-5664**

Dear Honorable Judge Gayles,

My name is Victoria Lliteras, and I write with a heavy heart, alongside my husband, Luis Garcia, as the parents of Michel Garcia. We write this letter with tears in our eyes an overwhelming fear in our hearts and hope for mercy and compassion in the sentencing of our son. Michel has always been a hardworking, loving, and selfless person, but more than anything else, he has been the greatest son parents could ever ask for. At only 14 years old, Michel made the heartbreaking sacrifice of leaving school to work and help support our family during extremely challenging times. While other children his age were living carefree lives, our son was carrying burdens far beyond his years. He never complained. He never blamed anyone. Instead, he felt proud to help his father and me in any way he could. Watching such a young boy give up his youth for the people he loved is something a parent never forgets. At 26 years old, Michel came to the United States chasing the dream of building a better life for his family. From the moment he arrived, he worked tirelessly not only for himself, but for everyone around him. He worked to provide for his wife, his children, and for us, his family in Cuba. In 2012, Michel brought my husband and me from Cuba and opened his home to us. In 2015, he did the same for his sister, her husband, and their two children. For many years, our son carried the immense responsibility of being the sole provider for a household of ten people. He carried that weight with love, sacrifice, and unwavering dedication and again, he never complained. Michel is an extraordinary father. Watching him with his children has been one of the greatest blessings of our lives. No matter how difficult life became, he worked endlessly to provide for them, protect them, guide them, and be an example of love, strength, and responsibility. Our son made a mistake, one for which he carries deep shame and remorse. We understand the seriousness of this matter, and we do not want to excuse it. But with all the love and pain a parent can hold, we respectfully ask the Court to see beyond this mistake and see the human being our son truly is. This mistake does not define the entirety of his life, his character, or his heart. Michel is respectful, kind, loving, and the list goes on. He has never stopped being our support system. He does not only help us financially he cares for us emotionally and physically every single day. He calls us daily without fail. He takes us to doctors' appointments. He checks on us constantly. He worries about our wellbeing before his own. There has not been a single day that passes without our son reminding us that we matter to him. As elderly parents struggling with multiple health problems, the thought of losing our son in this way is a pain beyond words. This is one of the most devastating situations we have ever faced, and honestly, we do not know how we will endure it. Our hearts are broken. But even through our suffering, we are trying to remain strong for him because we cannot bear to add to the burden he already carries. We also respectfully ask, if at all possible, that Michel's placement be near the Miami area. My husband and I are elderly and suffer from serious health conditions that make long-distance travel extremely difficult. The ability to remain close enough to visit our son would mean more to us than words could ever express. The chance to see him, embrace him, and remind him that he is not alone would be a source of strength for our entire family. As parents who love their son unconditionally, we humbly ask this Court for mercy, compassion, and consideration. Thank you, Your Honor, for your time, your humanity, and your thoughtful consideration of our son and our family.,
 Respectfully, Victoria Lliteras & Luis Garcia