


HAPPY NEW YEAR