
HAPPY
CALVIN KLEIN


LOUIS VUITTON



