**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20438-GAYLES**

**UNITED STATES OF AMERICA,**

**v.**

**MICHEL GARCIA,**

   **Defendant.**
_____/

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture in the above-captioned case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days. *See* Attachment 1.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

 BY: *s/G. Raemy Charest-Turken*_____
    Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
    Assistant United States Attorney
    E-mail: Gabrielle.Charest-Turken@usdoj.gov
    99 N.E. 4th Street, Suite 700
    Miami, Florida 33132
    Phone: (305) 961-9365