**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | | |
|---|---|---|
| PLAINTIFF<br>United States of America | **RECEIVED**<br>*By U.S. Marshals Service S/FL - Asset Forfeiture at 1:21 pm, Aug 11, 2026* | COURT CASE NUMBER<br>25-CR-20438-DPG |
| DEFENDANT<br>Michel Garcia | | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2003 Boydstun Metal Works Trailer., VIN 1B9CS45223P275218

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o USMS

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>AUSA Sandra Demirci<br>500 E. Broward Blvd.<br>Fort Lauderdale, FL 33394 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please serve Preliminary Order of Forfeiture.

CATS ID: 26-DEA-001874

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| SANDRA DEMIRCI Digitally signed by SANDRA DEMIRCI Date: 2026.08.11 11:17:20 -04'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 954.660.5959 | 8/11/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 04 | No. 04 | Priscilla Rios | 8/11/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 8/25/26 | 12:00 ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Vehicle seized in Accordance to law on 8/25/26

FILED BY [signature] D.C.
SEP 03 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

1:2025-CR-20438-1

Form USM-285
Rev. 03/21