**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20438-DPG**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MICHAEL GARCIA,**

**Defendant.**
___________________________/

## UNITED STATES' MOTION TO VACATE, IN PART, THE PRELIMINARY ORDER OF FORFEITURE, [ECF NO. 274]

The United States moves this Court to vacate, in part, the Preliminary Order of Forfeiture, [ECF No. 274]. In support, the United States submits the following:

1. On May 27, 2026, this Court entered a Preliminary Order of Forfeiture ("POF"), which ordered that the following asset be forfeited to the United States, subject to third-party interest, (the "Vacated Asset"), among other property:

   a. One GVW Truck/Tractor, 1987 Peterbilt, VIN 1XPCDB9X1HN218586.

*See* POF at 4, [ECF No. 274].

2. The United States informs the Court that it is no longer seeking forfeiture of the Vacated Asset because it was never taken into federal custody.

3. Therefore, the United States respectfully requests that the Court enter an order vacating the Vacated Asset from the Preliminary Order of Forfeiture, [ECF No. 274].

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel has attempted to confer with defense counsel via e-mail on September 1, 2026 regarding the Defendant's position on the relief sought, but has not yet received a response.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *_/s/ Sandra Demirci_*
Sandra Demirci (Court ID A5503244)
Assistant United States Attorney
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 660-5959
Facsimile: (305) 536-7599
E-mail: sandra.demirci@usdoj.gov
*Counsel for United States of America*