**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20438-DPG**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MICHAEL GARCIA,**

**Defendant.**
_____________________________________/

**ORDER VACATING, IN PART, THE PRELIMINARY ORDER OF FORFEITURE, [ECF NO. 274]**

**THIS MATTER** comes before the Court upon the Motion by the United States of America (the "United States") to vacate, in part, the Preliminary Order of Forfeiture [ECF No. 274] (the "Motion"). Having reviewed the Motion, the record, and the applicable law, the Court finds as follow:

1. On May 27, 2026, this Court entered a Preliminary Order of Forfeiture ("POF"), which ordered that the following asset be forfeited to the United States, subject to third-party interest, (the "Vacated Asset"), among other property:

   a. One GVW Truck/Tractor, 1987 Peterbilt, VIN 1XPCDB9X1HN218586.

*See* POF at 4, [ECF No. 274].

2. The United States has informed the Court that it is no longer seeking forfeiture of the Vacated Asset because it was never taken into federal custody, and respectfully requests that the Court enter an order vacating the Vacated Asset from the Preliminary Order of Forfeiture [ECF No. 274].

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the Vacated Asset is **VACATED** from the POF:

- One GVW Truck/Tractor, 1987 Peterbilt, VIN 1XPCDB9X1HN218586.

**SO ORDERED** this ______ day of __________________________ 2026.

_______________________________________
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE